UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN, | No. 2:15-cv-1382 DB P |
| Plaintiff, | |
| v. | ORDER |
| LASSEN COUNTY, et al., | |
| Defendant. | |

On July 21, 2016, plaintiff filed a request to enter default judgment. However, at the time he filed his request, defendants had not yet been served so had not had an opportunity to respond to the complaint. On October 11, 2016, a waiver of service was filed by defendants Lassen County and Julie M. Bustamante. The waiver forms show that they were mailed to defendants on September 12, 2016. (ECF No. 24.) Pursuant to the court's May 6, 2016 order and Federal Rule of Civil Procedure 12(a), defendants may file a response to the complaint within sixty days from the date the request for a waiver was sent to them. (See ECF No. 16.) Accordingly, plaintiff's Motion for Default (ECF No. 21) is denied.

Dated: November 1, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1