UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>LASSEN COUNTY, et al.,<br><br>    Defendants. | No. 2:15-cv-1382 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. In an order dated May 26, 2017, defendants Lassen County and Julie Bustamante were ordered to respond to some of plaintiff's discovery within fifteen days. (ECF No. 44.) On June 15, 2017, plaintiff filed a motion to compel in which he argues that defendants failed to comply with the May 26 order.

Within ten days of the date of this order, defendants shall file a response to plaintiff's June 15, 2017 motion to compel.

DATED: June 19, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hoff1382.mtc resp

1