UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>LASSEN COUNTY, et al.,<br><br>    Defendants. | No. 2:15-cv-1382 GEB DB P<br><br><br>ORDER |
| KASEY F. HOFFMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELE YDERRAGA,<br><br>    Defendant. | No. 2:17-cv-1755 MCE KJN P<br><br><br>ORDER |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to

1

the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the action denominated as 2:17-cv-1755 MCE KJN P is reassigned to District Judge Garland E. Burrell and Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:17-cv-1755 GEB DB P.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: August 28, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge