1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KASEY F. HOFFMANN,                        No.  2:15-cv-1382 GEB DB P

12                    Plaintiff,

13           v.                                 ORDER

14    LASSEN COUNTY, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 7, 2019, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24          Although it appears from the file that plaintiff's copy of the findings and

25    recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to

26    keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service

27    of documents at the record address of the party is fully effective.

28    /////

                                                 1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2019 (ECF No. 78) are adopted in full;

2. Defendants' motion for attorneys' fees (ECF No. 63) is denied; and

3. Plaintiff's motion for sanctions (ECF No. 73) is denied.

Dated:  September 20, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge