1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10      KASEY F. HOFFMANN,                             No.  2:15-cv-1382 KJM DB P

11                     Plaintiff,

12             v.

13      LASSEN COUNTY, et al.,

14                     Defendants.

15

16      KASEY F. HOFFMANN,                             No.  2:17-cv-1755 KJM DB P

17                     Plaintiff,

18             v.                                      ORDER

19      MICHELE YDERRAGA,

20                     Defendant.

21

22             Plaintiff has again requested a 120-day extension of time to file oppositions to defendants'

23      motions for summary judgment.  In an order filed May 12, 2020, this court granted in part

24      plaintiff's prior requests for an extension of time.  Plaintiff's opposition to defendants' summary

25      judgment motions is due by August 10, 2020.

26      ////

27      ////

28

Because they appear to be redundant of plaintiff's prior motions, plaintiff's current

motions for an extension of time (ECF Nos. 87 and 41) are denied as moot.

IT IS SO ORDERED.

Dated:  May 28, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hoff1382+1755.36(2)