UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>  Plaintiff,<br><br>   v.<br><br>LASSEN COUNTY, et al.,<br><br>  Defendants. | No. 2:15-cv-1382 KJM DB P |
| KASEY F. HOFFMANN,<br><br>  Plaintiff,<br><br>   v.<br><br>MICHELE YDERRAGA,<br><br>  Defendant. | No. 2:17-cv-1755 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with two civil rights actions under 42 U.S.C. § 1983. Plaintiff alleges defendants denied him his constitutional right to marry. On March 26, 2020, defendants filed motions for summary judgment. Plaintiff was granted a lengthy extension of time to file oppositions. They were due on August 10, 2020. That date has passed and plaintiff has not filed the oppositions.

////

1     Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the filed date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to prosecute and failure to comply with court orders.  E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated:  August 27, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hoff1382+1755.osc